PD-1030-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/10/2015 11:03:59 AM
Accepted 8/11/2015 3:23:59 PM
ABEL ACOSTA
CLERK

PDR No. _____

Court of Appeals No.  03-13-00689-CR

| | | |
|---|---|---|
| PRESTON SHARPNACK | § | IN THE TEXAS COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | AT AUSTIN, TEXAS |

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes PRESON SHARPNACK,   Petitioner in the above styled and numbered cause, and moves this Court for a 60-day extension to file his Petition for Discretionary Review, and would show as follows:

1.     Petitioner has been convicted for the offense Aggravated Assault with a Deadly Weapon and has been assessed sentence  of 10 years.

2.     The Third District Court of Appeals issued an unpublished decision in this case on July 9, 2015.    *Preston Sharpnack v. State of Texas*, 03-13-00689 (Tex.App.- Austin, July 23, 2015).   The PDR in this case is due on or before August 10, 2015.

3.     The undersigned counsel has been unable to prepare a Petition for Discretionary Review due to the following trial and post-conviction matters:

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

1

a. *State of Texas v. Juan Trevino* – counsel had to prepare and try a felony jury trial in the 421ˢᵗ District Court of Caldwell County, Texas on July 20 thru 24, 2015;

b. *Randy Halprin v. William Stephens* – counsel has been preparing a Reply brief in a post-conviction capital habeas case under 28 U.S.C. § 2254 which is due in the U.S. District Court for the Northern District of Texas, at Dallas on August 21, 2014. The *Halprin* case involves complex facts and several complex legal issues.

c. *Juan Segundo v. William Stephens* – counsel has been preparing and filing several post-conviction motions in a capital habeas case under 28 U.S.C. § 2254 which have been filed in U.S. District Court for the Northern District of Texas, at Fort Worth throughout the remainder of July and August.

In addition to the foregoing, counsel has the following matters in the month of August through early September which prevent his completion of the PDR;

a. Out-of-State training in the 20ᵗʰ Annual National Federal Habeas Corpus Seminar, being held in Charlotte, North Carolina from August 13ᵗʰ thru 16ᵗʰ;

b.  *State of Texas v. Ersindo Perez* – trial is set in the 421ˢᵗ District Court of Caldwell County, Texas;

c.  *State v. Parrin Hayes* – trial is set in the 299ᵗʰ District Court of Travis County, Texas.

d.  *USA v. Rachel Hardy* – brief on appeal is due in the 5ᵗʰ Circuit Court of Appeals on September 14, 2015.

4.  Accordingly, the undersigned counsel requests this Court extend the current due date by 60 days, to October 9, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that this Court grant this Motion, and grant an additional 60 days to file a PDR in this case

Respectfully submitted,

Law Office of Alexander L. Calhoun
4301 W. William Cannon Dr., Ste. B-150, # 260
Austin, TX 78749
Tele: 512/ 420-8850
Fax: 512/ 233 - 5946
Cell: 512/ 731-3159
Email: alcalhoun@earthlink.net

BY:_/s/_ *Alexander L Calhoun*
Alexander L. Calhoun
State Bar No.: 00787187

Attorney for Preston Sharpnack

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015, a copy of the above and foregoing

motion has been served by mail upon the Travis County District Attorney's Office, at the

following address:

Travis County District Attorney
P.O. Box. 1748
Austin, TX 78711

upon the  State Prosecution Attorney by U.S. Mail at the following address:

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

/s/    *Alexander L Calhoun*

Alexander L. Calhoun